## BUTLER v. COLLINS.

APPEAL from the District Court of the Sixth Judicial District, County of Sacramento.

*Winans, McKune & Johnson* for Appellant.

*W. S. Long & Beatty* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

The allegations in the complaint are not supported by the evidence; and it is clear, from an examination of the record, that the plaintiff has mistaken his form of action, and that his remedy is in contract and not in tort.

Judgment reversed.

## McGILL v. RAINALDI.

Where there is no statement embodied in the record, this Court will look only to the judgment roll.

APPEAL from the District Court of the Ninth Judicial District, County of Shasta.

*Isaac Boggs* for Appellant.

*E. Garter* for Respondent.

FIELD, J., delivered the opinion of the Court—BALDWIN, J., and TERRY, C. J., concurring.

There is no statement embodied in the record; and the case must be determined upon the judgment roll; and this discloses no error. The appeal is frivolous, and was evidently taken for delay.

Judgment affirmed, with ten per cent. damages.